Dismissed; Opinion issued November 6, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00265-CV

## BILL BROOKS, Appellant

V.

## MARY MCDONALD, Appellee

On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-11-08551-A

# MEMORANDUM OPINION

Before Justices Moseley, Fillmore, and Myers

On February 20, 2012, appellant filed a notice of appeal in this case. On October 8, 2012, appellee filed a motion to dismiss the appeal for want of prosecution. On October 19, 2012, we ordered appellant to respond to the motion to dismiss within ten days. Appellant has not responded or otherwise communicated with this Court regarding his appeal.

Accordingly, we **GRANT** appellee's October 8, 2012 motion and **DISMISS** this appeal. *See* TEX. R. APP. P. 38.8(a)(1).

PER CURIAM

120265F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BILL BROOKS, Appellant

No. 05-12-00265-CV     V.

MARY MCDONALD, Appellee

Appeal from the County Court at Law No. 1 of Dallas County, Texas. (Tr.Ct.No. CC-11-08551-A).

Opinion delivered per curiam before Justices Moseley, Fillmore, and Myers.

Based on the Court's opinion of this date, this appeal is **DISMISSED**. Appellee is **ORDERED** to recover her costs of this appeal from appellant.

Judgment entered November 6, 2012.

_____

LANA MYERS
JUSTICE